Stephen F. English, Bar No. 730843
SEnglish@perkinscoie.com
Renée E. Rothauge, Bar No. 903712
RRothauge@perkinscoie.com
Matthew J. Mertens, Bar No. 146288
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIE DOE, an individual proceeding under a pseudonym,,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,,<br><br>Defendant. | Case No. 6:25-cv-00222-MC<br><br>**DISCOVERY ORDER REGARDING SUBPOENAS TO THE OREGON DEPARTMENT OF HUMAN SERVICES, THE ALBANY CHILD WELFARE DIVISION, THE ALBANY POLICE DEPARTMENT, AND THE LINN COUNTY SHERIFF'S OFFICE** |

1- DISCOVERY ORDER REGARDING SUBPOENAS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

This matter came before the Honorable Michael J. McShane for a discovery hearing on September 10, 2025. Plaintiff appeared by and through Peter B. Janci and Kendall Spinella; Defendant appeared by and through Stephen F. English and Justin Richter.

The Parties informed the Court that Defendants subpoenaed documents from the Oregon Department of Human Services, the Albany Child Welfare Division, the Albany Police Department, and the Linn County Sheriff's Office ("the Withholding Entities"). The Parties further informed the Court that the Withholding Entities have withheld production of Plaintiff Julie Doe's child abuse and child welfare records, files, papers, recordings, and communications because of their confidential nature.

Pursuant to ORS 409.225(2)(b), ORS 419B.035, and OAR 413-010-0045(2)(a)(B), and based on the representations by the Parties that Plaintiff Julie Doe consents to production of her child abuse and child welfare records, files, papers, recordings, and communications,

THE COURT HEREBY FINDS AND ORDERS THAT:

Plaintiff Julie Doe has authorized the Withholding Entities to disclose to her own attorneys and to Defendants her own child abuse and child welfare records, files, papers, recordings, and communications pursuant to the above-referenced statutes and to designate all such records as Confidential pursuant to the Protective Order signed by Judge McShane in this matter on August 1, 2025. To the extent that the Withholding Entities continue to withhold the relevant records, files, papers, recordings, and communications—despite Plaintiff's authorization—the Court welcomes Defendants to move the Court for an order compelling production.

/ / /

/ / /

/ / /

2-   DISCOVERY ORDER REGARDING SUBPOENAS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

To the extent that Oregon law requires in-camera review of certain documents prior to production, the Court will review those documents so-designated by the Withholding Entities.

IT IS SO ORDERED:

_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT COURT JUDGE

3-   DISCOVERY ORDER REGARDING SUBPOENAS

076633.0026\183868662

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222