IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIE DOE, an individual proceeding under a pseudonym,<br><br>    Plaintiff,<br><br>    v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,,<br><br>    Defendants. | Case No. 6:25-cv-00222 -MC<br><br>ORDER |

MCSHANE, Judge:

    Plaintiff Julie Doe has authorized the Oregon Department of Human Services, the Albany Child Welfare Division, the Albany Police Department, and the Linn County Sheriff's Office (the "Agencies") to disclose to her attorneys and to Defendants her own child abuse and child welfare records, files, papers, recordings, and communications. The Agencies shall disclose all relevant documents to Plaintiff, her attorneys, and Defendants. All records shall be Confidential pursuant to the Protective Order signed by this Court on August 1, 2025. To the extent Oregon law requires

1 – Order

this Court to perform in-camera review of certain documents before disclosure, this Court will review those documents by the Agencies.

    IT IS SO ORDERED.

    DATED this 20th day of October 2025.

                                      /s/ Michael J. McShane
                                      _____
                                          Michael McShane
                                    United States District Judge