Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Matan Goodblatt, OSB No. 224060
matan@crewjanci.com
Crew Janci Attorneys
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JULIE DOE**, an individual proceeding under a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>**CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**, a Utah corporation sole; **CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**, a Utah corporation sole; and, **THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**, a Utah corporation sole,<br><br>Defendants. | Case No. 6:25-CV-00222-MC<br><br><br>DECLARATION OF PETER JANCI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT |

Page 1 - **DECLARATION OF PETER JANCI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

I, Peter Janci, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of Oregon and admitted to practice in the United States District Court for the District of Oregon.

2.    The Complaint in this matter was filed in United States District Court, District of Oregon, Eugene Division on February 10, 2025.

3.    I conferred with attorney Stephen English, counsel for Defendants, by phone on March 2, 2026. We discussed Plaintiff's Motion to Amend Complaint. Mr. English told me that his clients would oppose the Motion to Amend. Mr. English asked me to contact Renée Rothauge, his co-counsel for Defendants, for further discussion regarding the Motion to Amend.

4.    On March 11, 2026, I called Ms. Rothauge to discuss the Motion to Amend. She was unavailable, so I instead conferred with attorneys Justin Richter and Shae McPhee, counsel for Defendants, via videoconference that same day. During our call, I explained the nature of the amendments, including the additional counts of negligence that Plaintiff is proposing to add. Mr. McPhee reported that Defendants would oppose the Motion to Amend.

5.    The *Stone v. Witt* decision was released by the Oregon Supreme Court on December 11, 2025.

6.    On December 23, 2025, Plaintiff received in discovery from Defendants a copy of document entitled "Placement of Annotation" document reflecting substantive information reported to Defendants about allegations of sexual abuse by Craig Ford (DEF001959). On that same date, Plaintiff received in discovery from Defendants a copy of a letter from the Confidential Records department at Defendants' headquarters sent to Bishop Nathan Hess regarding an annotation had been placed on Craig Ford's record (DEF001960).

Page 2 - **DECLARATION OF PETER JANCI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

7.    On January 30, 2026, Plaintiff received in production from Defendants emails between Breanne Reinhart, Bishop Nathan Hess, and Stake President Joseph Vance regarding Plaintiff and the annotation on Craig Ford's record (DEF001961-001962). Plaintiff also received emails between Bishop Nathan Hess and Bishop Daniel White (of Albany, Oregon) regarding Plaintiff and Craig Ford's church files (DEF001963). This production marked the first indication to Plaintiff that direct information about allegations of sexual abuse of Plaintiff by Craig Ford had been reported to Defendants' clergy in Oregon, whom appear to have violated Oregon's statutory mandatory reporting obligations under ORS 419B.010 et seq. These documents also provided evidence that Bishop White was aware that Craig Ford was living alone with Julie Doe within his ward's territory in Oregon. These documents had not been previously included on Defendants' privilege log and Plaintiff was not aware of their existence until receiving them in discovery.

8.    Although Defendants have taken a shortened (two-hour) first portion of Plaintiff's deposition, the parties have done with the express stipulation that Plaintiff's deposition was left open.

9.    Pursuant to FRCP 15 and LR 15, a copy of the amended pleading that shows, through redlining and strikeouts, how the amended pleading differs from the Complaint is attached to the motion as an exhibit.

///

///

///

///

///

Page 3 - **DECLARATION OF PETER JANCI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

10.    This motion is made in good faith and not for the purpose of delay.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO THE PENALTY OF PERJURY.**

DATED this 13th day of March, 2026.

/s/ Peter Janci
Peter Janci, OSB No. 074249
peter@crewjanci.com
CREW JANCI ATTORNEYS
9755 SW Barnes Rd., Ste. 430
Portland, OR 97225
Tel: 503-306-0224

*Of Attorneys for Plaintiff*